[No. 6646.  Decided July 26, 1907.]

G. E. COLBY, *Respondent*, v. MONTANA STABLES, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Morris, J., entered October 10, 1906.  Affirmed.

*Brown, Leehey & Kane,* for appellant.

*McBurney & Cummings,* for respondent.

PER CURIAM.—The facts and issues in this case are the same as in the case of *Weaver v. Montana Stables, ante* p. 65, 89 Pac. 154. No new questions are presented. For the reasons there stated, the judgment in this case must be affirmed.  It is so ordered.